IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

SHERYL LYNN SMITH,                    §
FCI 41301-180,                        §
        Petitioner,              §
                                      §
v.                                    §        CIVIL ACTION NO. H-05-2201
                                      §
WARDEN JOYCE FRANCIS,                 §
                                      §
        Respondent.              §

ORDER OF DISMISSAL

       For the reasons set out in the Court's Opinion on Dismissal signed this date, this case is

DISMISSED without prejudice.

       The Clerk will provide a copy of this order to the parties.

       SIGNED at Houston, Texas on July 29, 2005.

 

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE